FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| SA&H WESTERN HOLDINGS, LLC D/B/A FOX SERVICE COMPANY, | |
|---|---|
| Plaintiff, | Civil Action No. 1:22-cv-519-LY |
| v. | |
| FOX INDUSTRIES, LLC D/B/A FOX COMMERCIAL SERVICES, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED DISCOVERY, A BRIEFING SCHEDULE, AND EVIDENTIARY HEARING ON PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION

After considering the Motion by Defendant Fox Industries, LLC to allow for expedited discovery and to set a briefing schedule and hearing on Plaintiff's Motion for a Preliminary Injunction, the Court finds that Defendant's Motion should be GRANTED.

The Court orders that the parties may engage in expedited discovery on the following schedule:

> By July 1, 2022 – Parties to file a joint motion for a protective order to protect the disclosure of confidential documents and information.
>
> By July 8, 2022 – Parties to conduct a Rule 26(f) conference and to serve initial disclosures and written discovery specifically limited to the allegations set forth in Plaintiff's Motion for Preliminary Injunction.
>
> By July 29, 2022 – Parties to respond to written discovery, including the production of responsive non-privileged documents.

By August 12, 2022 – Parties to take depositions limited in scope to allegations pertinent to the preliminary injunction of up to 5 party witnesses, as well as additional non-party witnesses if desired.

By August 22, 2022 – Defendant to file its opposition to the Motion for Preliminary Injunction.

On or after August 29, 2022 – The Court to set an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction at its earliest opportunity.

It is so ORDERED.

SIGNED this 24th day of June, 2022.

BY THE COURT:

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE